IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER | § | |
| | § | |
| v. | § | |
| | § | |
| TEXAS INTERNATIONAL | § | CIVIL ACTION NO. 4:10-CV-02821 |
| PARTNERSHIP, LTD., d/b/a HARWIN | § | JURY |
| DISCOUNT CENTER, TI-II LIMITED | § | |
| PARTNERSHIP, RUBEN KLODA, | § | |
| DANIEL S. WHITEBOOK, ARTHUR | § | |
| FEDER, and ROBERT ELLIOTT | § | |

STATEMENT OF CITATION CORRECTION

In *Defendants' Response to Plaintiff's Notice of Filing Supplemental Authority...* [Doc. No. 41], dated September 21, 2011 (the "Response"), Defendants incorrectly cited the date of the amendment to Section 35 of the Lanham Act as "1988" in the first paragraph appearing on page 2 of the Response and again in footnote 1. In both instances the citation should read the "2008 Amendment." Defendants apologize for any inconvenience to the Court caused by the initial citation error.

Respectfully submitted,

*/s/ Steven I. Peretz*
Steven I. Peretz
Florida Bar No. 329037
201 South Biscayne Blvd., Ste 1750
Miami, Florida 33131
Telephone: (305) 341-3000
Facsimile: (305) 371-6807

*/s/ Stephen S. Andrews*
Stephen S. Andrews
State Bar No. 01250300
Federal Bar No. 1458
2323 S. Shepherd, 14th Floor
Houston, Texas 77019

        Telephone: (713) 979-5566
        Facsimile: (713) 979-4440

        */s/ Kurt Kuhn*
        Kurt Kuhn
        State Bar No. 24002433
        Federal Bar No. 22915
        101 West Sixth Street, Suite 812
        Austin, Texas 78701
        Telephone:  (512) 476-6000
        Facsimile:  (512) 476-6002

        ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

OAKS, HARLINE & DALY, LLP
2323 S. Shepherd, 14th Floor
Houston, Texas 77019
Telephone:  (713) 979-5566
Facsimile:  (713) 979-4440

PERETZ CHESAL & HERRMANN, PL
Suite 1750 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  (305) 341-3000
Facsimile:  (305) 371-6807

KURT KUHN, PLLC
101 West Sixth Street, Suite 812
Austin, Texas 78701
Telephone:  (512) 476-6000
Facsimile:  (512) 476-6002

CERTIFICATE OF SERVICE

    I hereby certify that on September 22, 2011 a true and correct copy of the above and foregoing pleading was served in accordance with the Federal Rules of Civil Procedure on the following:

| | |
|---|---|
| Steven M. Abbott<br>Louis Vuitton Malletier<br>2727 Allen Parkway, Suite 1675<br>Houston, Texas  77019 | *Via S. D. Tx. CM/ECF* |
| Harry R. Schafer<br>KENNY NACHWALTER, P.A.<br>201 South Biscayne Boulevard<br>Suite 1100 – Miami Center<br>Miami, Florida  33131-4327 | *Via Email* |

    */s/ Stephen S. Andrews*
    Stephen S. Andrews